IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-237-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TRAVEON SHAQUILLE MARTIN, | ) |
| | ) |
| Defendant. | ) |

The United States MUST respond to defendant's motion for compassionate release [D.E. 65] not later than March 2, 2026.

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge